# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

BRENNAN COLBERT ,
        Plaintiff(s)/Petitioner(s),

vs.

CASE NO.   1:13-CV-01589-AWI-JLT

COUNTY OF KERN, ET AL. ,
        Defendant(s)/Respondent(s).

---

**IMPORTANT**

**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

[X] **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 1/9/14

Signature: [signed]

Print Name: PAYMAN KHATIBI

( ) Plaintiff/Petitioner ( ) Defendant/Respondent

Counsel for Plaintiff *

---

[ ] **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____

Signature: _____

Print Name: _____

( ) Plaintiff/Petitioner ( ) Defendant/Respondent

Counsel for _____ *

---

*If representing more than one party, counsel must indicate the name of each party responding.*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was electronically filed on this 9th day of January. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's System.

/s/ Maria Zarate

Maria Zarate
mzarate@kbsslaw.com
KHORRAMI BOUCHER
SUMNER SANGUINETTI, LLP
444 S. Flower Street
33RD Floor
Los Angeles, CA 90071
Tel: (213)596-6000
Fax: (213) 596-6010