# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN COLBERT, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | **ORDER REASSIGNING THE ACTION** <br><br> Former Case No.: 1:13-cv-01589 - AWI - JLT <br><br> **New Case No.: 1:13-cv-01589-JLT** |

All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Docs. 10, 13.)

Accordingly, this Court **REASSIGNS** the action, for all further proceedings, to United States Magistrate Judge Jennifer L. Thurston. All further papers filed in this action shall bear the new case number: **1:13-cv-01589-JLT**.

IT IS SO ORDERED.

Dated: January 13, 2014

_____
SENIOR DISTRICT JUDGE