UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN COLBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | )<br>)  **ORDER REASSIGNING THE ACTION**<br>)<br>)<br>)  Former Case No.: 1:13-cv-01589 - AWI - JLT<br>)<br>)  **New Case No.: 1:13-cv-01589-JLT**<br>)<br>)<br>)<br>) |

     All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Docs. 10, 13.)

     Accordingly, this Court **REASSIGNS** the action, for all further proceedings, to United States Magistrate Judge Jennifer L. Thurston.  All further papers filed in this action shall bear the new case number: **1:13-cv-01589-JLT**.

IT IS SO ORDERED.

Dated:   January 13, 2014                      /s/ _____

                                                   SENIOR  DISTRICT  JUDGE