SHAWN KHORRAMI, ESQ., SBN 180411
HERMEZ MORENO, ESQ., SBN 72009
BRIAN M. BUSH, ESQ., SBN 294713
Khorrami Boucher, LLP
444 S. Flower St. – 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: hmoreno@kbadvocates.com

*Attorneys for Plaintiff, Brennan Colbert*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENNAN COLBERT, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, SHERIFF'S OFFICER ERIC HUGHES AND DOE DEFENDANTS 1 THROUGH 10, Inclusive, <br><br> Defendants. | Case No.: CV13-01589 JLT <br><br> *Hon. Jennifer L. Thurston* <br><br> **STIPULATION OF THE PARTIES REQUESTING MODIFICATION OF THE SCHEDULING ORDER (Doc. 16)** <br><br><br> **Trial Date**: August 25, 2015 |

The parties, through their attorneys of record, hereby file this stipulation seeking modification of the Court's January 16, 2014, Scheduling Order (Docket 16) for good cause shown as follows:

1. Whereas, the Court entered its Scheduling Order on January 16, 2014, setting dates for completion of discovery and motion filing, and setting the trial date in this matter for August 25, 2015;

1

2. Whereas, to-date, the parties have completed the following discovery: Initial Disclosures; Plaintiffs requests for production of documents set one, to Defendants County of Kern and Eric Hughes; Defendant's requests for production of documents and special interrogatories, set one, to Plaintiff Brennan Colbert (awaiting responses by Plaintiff); the depositions of Plaintiff and his mother, Betty Colbert;

3. Whereas, remaining non-expert discovery includes the deposition of Plaintiff's father, Joe Colbert (noticed by Defendants, and which needed re-scheduling); the deposition of Defendant Eric Hughes; the deposition of the person(s) most knowledgeable for County of Kern pursuant to F.R.C.P. 30(b)(6);

4. Whereas, the parties agree good cause exists to allow modification of the existing scheduling order due, principally, to unforeseen circumstances making compliance with the existing scheduling order extremely difficult – namely the breakup of the firm currently handling the case for Plaintiff, which has resulted in numerous shifts of personnel, including those handling this case, and the re-scheduling of numerous matters across a large firm-wide caseload, which has negatively impacted the schedule in this case;

5. Whereas, the parties further agree good cause exists to allow modification of the existing scheduling order, due to the fact that trial counsel for Plaintiff, currently Hermez Moreno, and undersigned associate Brian M. Bush, are set to engage in several federal court jury trials throughout the months of December-January, and February-March: *Lara et al. v. County of Los Angeles, et al.*, United States District Court, C.D. Cal., Case No. 12-cv-08469-DDP-SHx (originally set for December 9, 2014; trailing until mid-January per Court scheduling conflict); *Reggie Cole v. City of Los Angeles, et al.*, United States District Court, C.D. Cal., Case No. 11-cv-03241-CBM-AJWx (three week trial for 17 year wrongful conviction case, set for February 24, 2015.);

6. Whereas, the Parties met and conferred over the course of the last

month to ensure reasonable proposals for extensions of dates in this matter in an effort to minimize any prejudice to the Parties, and therefore propose the following as amendments to the existing Scheduling Order:

| EVENT | CURRENT DATE/DEADLINE | PROPOSED DATE/DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | December 15, 2014 | February 6, 2015 |
| Expert Disclosures Due | January 5, 2015 | February 27, 2015 |
| Rebuttal Expert Disclosures | February 2, 2015 | March 27, 2015 |
| Expert Discovery Cutoff | March 2, 2015 | April 15, 2015 |
| Last Day to hear NON-dispositive Motions including Discovery Motions (motions to compel) | April 6, 2015 | May 25, 2015 |
| Last Day to hear Dispositive Motions | June 1, 2015 | August 24, 2015 |
| Pretrial Conference | July 16, 2015 | October 1, 2015 |
| Trial | August 25, 2015 | November 10, 2015 |

7. Whereas Plaintiff submits to the Court, and Defendants agree, that the proposed modifications as listed above are necessary to help facilitate and accommodate any further changes in staffing/personnel that are required due to the unforeseen breakup of the firm handling Plaintiff's case, while simultaneously allowing the Parties time to complete discovery and all motion practice without resulting in undue prejudice;

1  8. Now, therefore, for good cause shown, the Parties respectfully request the Court enter an Order modifying the Scheduling Order and extending all dates and deadlines set forth therein commensurate with the above - proposed dates.

Submitted,

Dated: December 12, 2014          KHORRAMI BOUCHER, LLP


By:  /s/ Brian M. Bush
     HERMEZ MORENO, Esq.
     BRIAN M. BUSH, Esq.
     *Attorneys for Plaintiff, Brennan Colbert*


Dated: December 12, 2014          OFFICE OF THE COUNTY COUNSEL, COUNTY OF KERN


By:  /s/ Judith Denny
     Judith Denny, Esq.
     *Attorneys for Defendants*

**KHORRAMI BOUCHER, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
Phone: (213) 596-6000
Fax: (213) 596-6010