UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN COLBERT,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, SHERIFF'S OFFICER ERIC HUGHES AND DOE DEFENDANTS 1THROUGH 10, Inclusive,<br><br>         Defendants. | Case No.: CV13-01589 JLT<br><br>*Hon. Jennifer L. Thurston*<br><br>**[PROPOSED] ORDER RE: STIPULATION OF THE PARTIES REQUESTING MODIFICATION OF THE SCHEDULING ORDER (Doc. 16)**<br><br>**Trial Date**: August 25, 2015 |

///
///
///
///
///

The Court, having considered the stipulation of the Parties and finding good cause shown, hereby Orders the modification of dates set by the Court's Scheduling Order (Doc. 16) as follows:

| EVENT | CURRENT DATE/DEADLINE | PROPOSED DATE/DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | December 15, 2014 | February 6, 2015 |
| Expert Disclosures Due | January 5, 2015 | February 27, 2015 |
| Rebuttal Expert Disclosures | February 2, 2015 | March 27, 2015 |
| Expert Discovery Cutoff | March 2, 2015 | April 15, 2015 |
| Last Day to hear NON-dispositive Motions including Discovery Motions (motions to compel) | April 6, 2015 | May 25, 2015 |
| Last Day to hear Dispositive Motions | June 1, 2015 | August 24, 2015 |
| Pretrial Conference | July 16, 2015 | October 1, 2015 |
| Trial | August 25, 2015 | November 10, 2015 |

SO ORDERED,

Dated:                          By: _____
                                HON. JENNIFER L. THURSTON,
                                UNITED STATES MAGISTRATE JUDGE