# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| BRENNAN COLBERT, | ) Case No.: CV13-01589 JLT |
|---|---|
| Plaintiff, | ) **ORDER GRANTING IN PART** |
| v. | ) **STIPULATION OF THE PARTIES TO** |
| | ) **MODIFY THE SCHEDULING ORDER** |
| COUNTY OF KERN, et al., | ) **(Doc. 16)** |
| Defendants. | ) |

Based upon the stipulation of the parties and the modifications made by the Court to the proposed schedule[1], the Court **ORDERS** the scheduling order amended as follows

| EVENT | CURRENT DATE/DEADLINE | PROPOSED DATE/DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | December 15, 2014 | February 6, 2015 |
| Expert Disclosures Due | January 5, 2015 | February 27, 2015 |
| Rebuttal Expert Disclosures | February 2, 2015 | March 27, 2015 |
| Expert Discovery Cutoff | March 2, 2015 | April 15, 2015 |

---

[1] The trial date proposed is not available for the Court.

1

| | | |
|---|---|---|
| Last Day to hear non-dispositive motions | April 6, 2015 | May 25, 2015 |
| Last Day to file Dispositive Motions | April 13, 2015 | **July 8, 2015** |
| Last Day to hear Dispositive Motions | June 1, 2015 | **August 24, 2015** |
| Pretrial Conference | July 16, 2015 | **Nov. 6, 2015, 1:30 p.m.** |
| Trial | August 25, 2015 | **Dec. 15, 2015** |

IT IS SO ORDERED.

   Dated:   **December 15, 2014**                              **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE