SHAWN KHORRAMI, ESQ., SBN 180411
skhorrami@kbadvocates.com
KHORRAMI, LLP
444 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010

*Attorney for Plaintiff Brennan Colbert*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN COLBERT,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF KERN, ET AL.,<br><br>Defendant(s). | Case No.: 1:13-CV-01589-AWI-JLT<br><br>*Hon. Jennifer L. Thurston*<br><br>DESIGNATION OF COUNSEL |

BRENNAN COLBERT hereby designates the following attorney from Khorrami, LLP as counsel for service in this action:

        Name: SHAWN KHORRAMI, ESQ., SBN 180411

The following attorneys are no longer counsel of record in this action:

    Name: HERMEZ MORENO, ESQ., SBN 72009;

    Name: BRIAN BUSH, ESQ., SBN 294713

Date: March 6, 2015                     KHORRAMI, LLP

                                            By:   /s/ Shawn Khorrami

                                                    SHAWN KHORRAMI, ESQ.

                                                    *Attorney for* Plaintiff