UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN COBERT,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.<br><br>    Defendants. | Case No.: 1:13-cv-01589 - JLT<br><br>ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On March 6, 2015, Shawn Khorrami filed a "Designation of Counsel for Service" on behalf of Plaintiff. (Doc. 21.) On March 10, 2015, the Court issued an order noting that the document appeared to be intended as a substitution of attorney. (Doc. 22.) Because a designation of counsel is not the appropriate avenue to substitute counsel, the Court ordered Plaintiff to "file a Substitution of Attorney (containing the appropriate signatures) and Proposed Order within fourteen (14) days." (*Id.*) To date, Plaintiff has not complied with the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may impose sanctions based on a party's failure to prosecute an action or

failure to obey a court order, or failure to comply with local rules.  *See*, *e.g*., *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (imposing sanctions for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (imposing sanctions for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (imposing sanctions for failure to prosecute and to comply with local rules).

      Accordingly, Plaintiff's counsel—including Hermez Moreno, Brian Bush, and Shawn Khorrami — are **ORDERED** to show cause in writing within seven days why sanctions should not be imposed for failure comply the Court's Order or, in the alternative, to file a Substitution of Attorney.

IT IS SO ORDERED.

Dated:   **May 13, 2015**               /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE