AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

BRENNAN COLBERT
    Plaintiff (s),
V.
COUNTY OF KERN, ERIC HUGHES
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:13-CV-01589-JLT

Notice is hereby given that, subject to approval by the court, __PLAINTIFF, BRENNAN COLBERT__ substitutes
(Party (s) Name)

__BRIAN M. BUSH__ , State Bar No. __294713__ as counsel of record in
(Name of New Attorney)

place of __SHAWN KHORRAMI__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      BOUCHER LLP
    Address:        21600 OXNARD STREET, SUITE 600
    Telephone:      (818) 340-5400          Facsimile  (818) 340-5401
    E-Mail (Optional):  bush@boucher.la

I consent to the above substitution.
Date:  09 June 2015
                                                    (Signature of Party (s))

I consent to being substituted.
Date:  06/10/15
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  6/10/2015
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**