AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

BRENNAN COLBERT

        Plaintiff (s),

V.

COUNTY OF KERN, ERIC HUGHES

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:13-CV-01589-JLT

Notice is hereby given that, subject to approval by the court, __PLAINTIFF, BRENNAN COLBERT__ substitutes
                                                                                                      (Party (s) Name)

__HERMEZ MORENO__, State Bar No. __72009__ as counsel of record in
(Name of New Attorney)

place of __SHAWN KHORRAMI__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | BOUCHER LLP |
| Address: | 21600 OXNARD STREET, SUITE 600 |
| Telephone: | (818) 340-5400    Facsimile (818) 340-5401 |
| E-Mail (Optional): | moreno@boucher.la |

I consent to the above substitution.

Date: 09 June 2015

(Signature of Party (s))

I consent to being substituted.

Date: 06/10/15

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/10/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                                                                                                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**