UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRENNAN COLBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN; SHERIFF'S OFFICER ERIC HUGHES and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 1:13-cv-01589-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>**(Doc. 33)** |

Upon consideration of the Joint Stipulation to CONTINUE the hearing on Defendant's Motion for Summary Judgment (Dkt. 30) from August 5, 2015, to August 13, 2015, it is hereby ORDERED that:

1. The current hearing date of August 5, 2015, for Defendant's Motion for Summary Judgment is vacated and the hearing is CONTINUED to August 13, 2015, at 9:30 a.m.;

///

///

///

2.   The deadline for Plaintiff's Opposition shall be July 30, 2015, and the deadline for Defendants' Reply shall be August 6, 2015.

IT IS SO ORDERED.

Dated:   **July 20, 2015**                         **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE