UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN COLBERT, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>COUNTY OF KERN; SHERIFF OFFICER ERIC HUGHES and DOES 1 through 10, inclusive, <br><br>　　　　Defendants. | Case No. 1:13-cv-01589-JLT <br><br> **[PROPOSED] ORDER RE: STIPULATION OF THE PARTIES TO CONTINUE TRIAL** <br><br> (Doc. 63) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The trial is **CONTINUED** to **December 13, 2016**. There will be no further trial continuances at the Parties' request;

2. The Parties **SHALL** participate in mediation and the cost of mediation shall be divided equally among the Parties, unless otherwise agreed upon by the Parties. The mediation **SHALL** be completed by **January 22, 2016**;

3. No later than **January 25, 2016**, counsel **SHALL** file a joint mediation status report and lodge a copy of the report by email to JLTOrders@caed.uscourts.gov. The Court will schedule a status conference if the report demonstrates such a hearing is needed;

4. The Court sets a trial confirmation hearing on **October 31, 2016** at 10:00 a.m. No later than **October 24, 2016**, counsel **SHALL** file a joint trial confirmation report

1  detailing any changes needed to the pretrial order.  At the hearing, the Court will set
2  further deadlines for filing/lodging the required documents.

IT IS SO ORDERED.

Dated:   **December 15, 2015**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE