THERESA A. GOLDNER, COUNTY COUNSEL
By: Judith M. Denny, Deputy (SBN 200001)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants
County of Kern and Eric Hughes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN COLBERT,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN; SHERIFF'S OFFICER ERIC HUGHES and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:13-CV-01589-JLT<br><br>STIPULATION FOR DISMISSAL OF ENTIRE CASE; [~~PROPOSED~~] ORDER<br><br>(Doc. 66) |

COME NOW the Parties to this matter, Plaintiff Brennan Colbert through his counsel of record Hermez Moreno and Brian M. Bush of Boucher LLP, and Defendants County of Kern and Eric Hughes through their counsel of record Judith M. Denny, Deputy, of the Kern County Counsel's Office, provide as follows:

IT IS HEREBY STIPULATED, by and between the Parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice in its entirety as to any complaint, allegation and/or cause of action against any and all Defendants including County of Kern and Eric Hughes. More specifically, the Parties stipulate to the dismissal of the entire action and applicable complaint of Plaintiff Brennan Colbert against Defendants County of Kern and Eric Hughes in United States District Court, Eastern District Of California, Case No.: 1:13-cv-01589 JLT.

IT IS FURTHER STIPULATED that the aforementioned dismissal is in consideration of a resolution of the matter by the Parties, and that each party hereby agrees to bear all of its/their own costs and attorney's fees with respect to this litigation.

Dated: April 27, 2016         BOUCHER LLP


                              By: /s/ Hermez Moreno
                                  Hermez Moreno, Esq.
                                  Brian M. Bush, Esq.
                                  Attorneys for Plaintiff Brennan Colbert


DATED: April 27, 2016         THERESA A. GOLDNER, COUNTY COUNSEL


                              By: /s/ Judith Denny
                                  Judith M. Denny, Deputy
                                  Attorneys for Defendants County of Kern
                                  and Eric Hughes

Stipulation for Dismissal of Entire Case; Order

## ORDER

IT IS SO ORDERED.

Dated:   **April 28, 2016**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE